UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Microsoft Corporation, a Washington
corporation,

               Plaintiff,

       v.

Netsentric Inc., a Delaware corporation;
John P. Cahill, an individual and John Does
1-2,

               Defendants.

Court File No: 12-cv-02717-JNE-FLN

**STIPULATION FOR DISMISSAL
WITH PREJUDICE**

WHEREAS plaintiff Microsoft Corporation, a Washington corporation

("Microsoft") and Defendants Netsentric Inc., a Delaware Corporation, and John P.

Cahill, an individual ("Defendants"), have settled the above-captioned matter; and

WHEREAS this Court has entered a Stipulated Permanent Injunction ("Permanent

Injunction") between Microsoft and Defendants;

IT IS HEREBY STIPULATED by and between Microsoft and Defendants that

Defendants shall be dismissed with prejudice from Microsoft's First Amended Complaint

pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, with each party to bear its

own costs and attorneys' fees.

IT IS HEREBY FURTHER STIPULATED that this Court shall retain jurisdiction

to enforce the Permanent Injunction entered by this Court and the Settlement Agreement

between the parties.

- 2 -

DATED: March 28, 2013        _s/ Roger H. Gross_____

Roger H Gross (158823)
Gislason & Hunter LLP - MPLS
701 Xenia Ave S Ste 500
Minneapolis, MN 55416
(763) 225-6000

Attorneys for Defendants Netsentric Inc., a Delaware
Corporation, and John P. Cahill, an individual


DATED: April 25, 2013        _s/ Bradley J. Lindeman_____

Bradley J. Lindeman (#0298116)
Meagher & Geer, P.L.L.P.
33 South Sixth Street, Suite 4400
Minneapolis, MN  55402
(612) 338-0661

Attorneys for Plaintiff Microsoft
Corporation, a Washington corporation


8893600.1