UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Microsoft Corporation,

       Plaintiff,

v.                                                                                        Civil No. 12-2717 (JNE/FLN)
                                                                                 ORDER

Netsentric Inc., John P. Cahill, and
John Does 1-2,

       Defendants.

Based on the Stipulation for Dismissal with Prejudice [Docket No. 16], this action is dismissed with prejudice. The Court retains jurisdiction to enforce the Permanent Injunction and the Settlement Agreement.

IT IS SO ORDERED.

Dated: May 17, 2013

                                                                           s/Joan N. Ericksen
                                                                           JOAN N. ERICKSEN
                                                                           United States District Judge